# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2293 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 110 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 310025 |
| | : | |
| ROBERT ANTHONY HARTLAGE, JR. | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2016, upon consideration of the Recommendation of the Disciplinary Board, Robert Anthony Hartlage, Jr., is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

    This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.